IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH J. SACCO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1079 |
| ) | Judge Joy Flowers Conti |
| SECRETARY OF VETERANS' ) | Magistrate Judge Lisa Pupo Lenihan |
| AFFAIRS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Plaintiff's Complaint was received by the Clerk of Court and was subsequently referred to United States Magistrate Judge Lisa Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on August 24, 2006 recommended that Defendant's Motion for Summary Judgment be denied.  Service was made on all counsel of record, with objections due on or before September 11, 2006.  Defendant requested, and was granted, an extension to file objections on or before September 15, 2006.  No objections to the Report and Recommendation were filed and the requested extension has expired.  Accordingly, after review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this **20th** day of **September**, **2006**:

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is **DENIED**.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Lenihan is adopted as the Opinion of the Court.

/s/ Joy Flowers Conti
Hon. Joy Flowers Conti
United States District Judge

Dated: September 20, 2006

cc:     All Counsel of Record